# UNITED STATES DISTRICT COURT
for the
District of Alaska

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Robert Joseph Klima | ) | Case No. 3:16-mj-00393 DMS |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 7, 2016__ in the county of _____ in the _____ District of __ALASKA__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 844(e) | Using an Instrument of Interstate Commerce to Willfully Threaten to Unlawfully Damage or Destroy a Building by means of an Explosive |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

SIGNATURE REDACTED

_____
*Complainant's signature*

Jason Gustin, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

/s/ Kevin F. McCoy
United States Magistrate Judge
Signature Redacted

Date: __11/09/2016__

*Judge's signature*

City and state: __Anchorage, Alaska__  KEVIN F. MCCOY, U.S. MAGISTRATE JUDGE
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, **Jason Gustin**, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a criminal complaint charging that on or about November 7, 2016, defendant Robert Joseph Klima, using a telephone, willfully made a threat and willfully and maliciously conveyed false information knowing the same to be false, concerning an attempt and alleged attempt being made, and to be made, unlawfully to damage and destroy a building, namely the Anchorage Planned Parenthood clinic, by means of an explosive, in violation of 18 U.S.C. § 844(e).

2. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and have been since April 2009. Pursuant to my duties as an Agent and as a member of the FBI, I have investigated a number of violations of the United States Code. I also received five months of training at FBI's academy in Quantico Virginia which included training on various investigative techniques.

3. I am familiar with the information contained in this affidavit based upon the investigation I have conducted, which included conversations with law enforcement officers, interviews of victims, and reviewing voicemail messages left for the victim.

4. The facts set forth in this affidavit are based on my personal knowledge; review of voicemail messages, knowledge obtained from other individuals, including other law enforcement officers; interviews of persons with knowledge of the crimes; and information gained through my training and experience. This affidavit contains information necessary to support probable cause for this application and does not contain every material fact that I have learned during the course of this investigation.

## PROBABLE CAUSE

5. On Monday, November 7, 2016, the Director of Facilities and Security for Planned Parenthood of the Great Northwest and the Hawaiian Islands (W1), contacted the FBI in Anchorage, Alaska, to report that a regional call center for Planned Parenthood located in Tacoma, Washington, had received multiple threatening phone calls against the Anchorage Planned Parenthood clinic from a telephone with a 907 area code. According to W1, the caller indicated that an RPG (a common term

referring to a Rocket-Propelled Grenade, a known explosive) was pointed at the Planned Parenthood clinic in Anchorage.

6. On Tuesday, November 8, 2016, W1 provided the FBI with recordings of the voicemail messages left by the caller (believed to be Robert Joseph Klima). The caller, who identified himself as "Robert Klima", left three different voicemail messages on November 7, 2016. During the first message, Klima stated that if Planned Parenthood performed an abortion for another individual (W2), he (Klima) would "treat you just as a murderer who murdered my child." He also stated, "I can guarantee you I know what to do."

7. A search of publicly available posts on Facebook showed that Robert Klima of Wasilla, Alaska, had been in a relationship with W2. A comparison of a an Alaska driver's license photo for Robert Klima, with the Facebook photos of the Robert Klima who was involved with W2 showed that both were the same individual.

8. In the second voicemail message, Klima provided his telephone number, which public source databases revealed is associated with the same Robert Klima identified above. During the call, Klima also instructed Planned Parenthood to call him back to "avoid any kind of unpleasantries" that may result if an abortion was performed for W2.

9. In the third voicemail message, Klima stated, "I got a message today and apparently there is an RPG trained on your position. I suggest not being open tomorrow."

10. According to W1, the Planned Parenthood staff considered the messages left by Klima to be threats, though they did not necessarily believe that he actually had an RPG pointed at the facility.

## CONCLUSION

11. Based upon the information above, your affiant submits that there is probable cause to believe that on or about November 7, 2016, defendant Robert Joseph Klima, using a telephone, willfully made a threat and willfully and maliciously conveyed false information knowing the same to be false, concerning an attempt and alleged attempt being made, and to be made, unlawfully to damage and destroy

a building, namely, the Anchorage Planned Parenthood clinic, by means of an explosive, in violation of Title 18, United States Code, Section 844(e).

SIGNATURE REDACTED

Jason Gustin
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 9th day of November, 2016

/s/ Kevin F. McCoy
United States Magistrate Judge
Signature Redacted

HONORABLE DEBORAH M. SMITH
United States Magistrate Judge