KAREN L. LOEFFLER
United States Attorney

YVONNE LAMOUREUX
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: yvonne.lamoureux@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 3:16-cr-00130-TMB |
|---|---|---|
| Plaintiff, | ) | COUNT 1: |
| vs. | ) | FREEDOM OF ACCESS TO CLINIC ENTRANCES |
| ROBERT JOSEPH KLIMA, | ) | Vio. Of 18 U.S.C. § 248 |
| Defendant. | ) | |

I N F O R M A T I O N

The United States Attorney charges that:

COUNT 1

On or about November 6, 2016, in the District of Alaska, the defendant,

ROBERT JOSEPH KLIMA, did by threat of force, intentionally intimidate and

interfere with, and attempt to intimidate and interfere with any person, specifically reproductive health care providers at the Planned Parenthood Clinic in Anchorage, in order to intimidate that person or persons and class of persons from providing reproductive health services.

All of which is in violation of Title 18, United States Code, Section 248.

DATED this 11th day of January, 2017, at Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/ Yvonne Lamoureux
YVONNE LAMOUREUX
Assistant U.S. Attorney
United States of America